FILED
2007 Dec-10 PM 12:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JACQUELINE KIRKLAND,** ) <br> **as Mother and next friend of** ) <br> **MILTON KIRKLAND, a minor,** ) <br> ) <br> Plaintiff, ) <br> ) <br> **vs.** ) <br> ) <br> **SUMTER COUNTY BOARD** ) <br> **OF EDUCATION; MARNESE** ) <br> **STEVENSON, in her individual** ) <br> **and official capacities; RUSSELL** ) <br> **SMART, in his individual and** ) <br> **official capacities,** ) <br> ) <br> Defendants. ) | Civil Action Number <br> **7:06-cv-2102-UWC** |

**MEMORANDUM OPINION AND
ORDER APPROVING SETTLEMENT**

Based on the evidence adduced at the *pro ami* hearing of this date, the Court hereby FINDS and CONCLUDES that the proposed settlement is fair and reasonable, and that it is in the best interests of the minor Plaintiff, Milton Kirkland. Accordingly, the proposed settlement is hereby APPROVED by the Court.