FILED
2007 Dec-10 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JACQUELINE KIRKLAND,** as Mother and next friend of **MILTON KIRKLAND, a minor,** ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | Civil Action Number **7:06-cv-2102-UWC** |
| **SUMTER COUNTY BOARD OF EDUCATION; MARNESE STEVENSON,** in her individual and official capacities; **RUSSELL SMART,** in his individual and official capacities, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Based on the evidence adduced at the *pro ami* hearing of this date, the Court hereby FINDS and CONCLUDES that the proposed settlement is fair and reasonable, and that it is in the best interests of the minor Plaintiff, Milton Kirkland. Accordingly, the proposed settlement is hereby APPROVED by the Court.

_____
U.W. Clemon
United States District Judge